## Shott, Appellant, v. Hudson Coal Co.

Argued January 18, 1933. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

*E. C. Marianelli,* for appellant.

*John P. Kelly,* with him *Rudolph S. Houck* and *H. T. Newcomb,* for appellee.

PER CURIAM, March 20, 1933:

The judgment of the Superior Court is affirmed for the reasons set forth in the case of Gima v. Hudson Coal Company, filed herewith.